SEALED

FILED
MAR 13 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER S. HALES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                                    2:13-SW-138 AC

11 UNITED STATES OF AMERICA,        ) CASE NO.
                                    )
12              Plaintiff,          )
                                    ) SEALING ORDER
13       v.                         )
                                    )
14 2771 Verstl Way, Stockton, CA 95206 )
                                    )
15                                  )
                                    )
16                                  )

17

18    Upon application of the United States of America and good cause having been shown,

19        IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and

20 shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a

21 copy of the search warrant will be left at the scene of the search.

22
   Dated: 3/13/13
23
                                    _____
                                    ALLISON CLAIRE
24                                  United States Magistrate Judge